UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-CV-02122 REB-MJW

PHATRAT TECHNOLOGY, LLC,

    Plaintiff,

vs.

APPLE COMPUTER, INC.,

    Defendant.

---

### ORDER GRANTING MOTION FOR A STAY TO ALLOW
### THE PARTIES TO EFFECTUATE THE TERMS OF THEIR SETTLEMENT
( Docket no. 12 )

    The parties to this suit – Plaintiff, PhatRat Technology, LLC, and Defendant Apple, Inc. – have represented to the Court that they have entered into a Confidential Settlement Agreement that completely and finally resolves their dispute. The parties also have represented to the Court that terms of the Confidential Settlement Agreement require the parties to perform specified obligations within the next thirty (30) days and, once these obligations are satisfied, to file an agreed to Stipulation and Proposed Order of Dismissal With Prejudice. The parties have asked the Court to stay all proceedings in this suit and to vacate all existing deadlines in this suit to give them sufficient time to perform and to complete their obligations under the Confidential Settlement Agreement.

    Based on the above representations, the Court finds good cause to grant the parties' request for a stay. Accordingly, it is HEREBY ORDERED THAT:

1. All proceedings in this suit are immediately STAYED until May 16, 2007, to permit the parties to effectuate the terms of their settlement.

2. All existing deadlines in this suit are VACATED.

The parties shall file a Stipulation and Proposed Order of Dismissal With Prejudice upon the completion of their obligations under the Confidential Settlement Agreement, by May 18, 2007 or show cause why this case should not be dismissed.

DATED this 13Th day of April 2007.

BY THE COURT:

*[signature]*

~~United States District Judge~~

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO