**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 06-cv-02122-REB-MJW

PHATRAT TECHNOLOGY, LLC,

      Plaintiff,

v.

APPLE COMPUTER, INC.,

      Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter comes before the court on the **Stipulation and [Proposed] Order of Dismissal With Prejudice** [#15], filed May 15, 2007.  After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Stipulation and [Proposed] Order of Dismissal With Prejudice** [#15], filed May 15, 2007, is **APPROVED**; and

2.  That this action **IS DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated May 15, 2007, at Denver, Colorado.

                                                      **BY THE COURT:**

                                                      **s/ Robert E. Blackburn**
                                                      **Robert E. Blackburn
United States District Judge**